UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. MULDROW                                                                                          PLAINTIFF

v.                                         No. 4:22-CV-04122

STATE OF ARKANSAS, et al.                                                                           DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 15) from United States Magistrate Judge Barry A. Bryant.  Plaintiff has filed objections (Doc. 21).  The Magistrate Judge recommends that the Court dismiss Plaintiff's complaint (Doc. 1) under 28 U.S.C. § 1915(e)(2) for lack of subject matter jurisdiction.  The Magistrate Judge also recommends Plaintiff's *in forma pauperis* motions (Docs. 2, 10) be granted in part and denied in part, in that the *in forma pauperis* motion shall be granted and the motion for service be denied.  The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings.  Plaintiff filed a motion (Doc. 12) to amend his complaint, but the proposed amended complaint suffers the same jurisdictional defects, so the motion will be denied.  The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of March, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE